2013 MAR 19 PM 3:34

BY ML

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13-CR-00730-BEN |
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| JOSE CRUZ HIGUERA-RUIZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 3/20/2013

_____
HONORABLE ROGER T. BENITEZ
United States District Judge