UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2013 MAR 19  PM 3:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOSE CRUZ HIGUERA-RUIZ (1),<br><br>                Defendant. | CASE NO. 13CR0730-BEN<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1326(a) and (b).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 18, 2013

Hon. Roger T. Benitez
U.S. District Judge